UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN WEINSTEIN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN, )<br>et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action Number 00-2601 (RCL)<br><br>FILED<br><br>FEB 6 2002<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER and JUDGMENT

In accordance with the Memorandum Opinion issued this date, it is hereby

ORDERED that judgment be and it is entered on behalf of Plaintiffs, Susan Weinstein and Jeffrey A. Miller, as co-administrators of the Estate of Ira William Weinstein against Defendants, the Islamic Republic of Iran, the Iranian Ministry of Information and Security, Ayatollah Ali Hoseini Khamenei, Ali Akbar Hashemi-Rafsanjani, and Ali Fallahian-Khuzestani, jointly and severally, for loss of accretions to the Estate of Ira William Weinstein in the amount of $248,164, said amount to be apportioned in accordance with the intestate laws of the State of New York; further, it is

ORDERED that judgment be and it is entered on behalf of Plaintiffs Susan Weinstein and Jeffrey A. Miller, as co-administrators of the Estate of Ira William Weinstein against Defendants, the Islamic Republic of Iran, the Iranian Ministry of Information and Security, Ayatollah Ali Hoseini Khamenei, Ali Akbar Hashemi-Rafsanjani, and Ali Fallahian-Khuzestani, jointly and severally, for the conscious pain and suffering of Ira William Weinstein in the amount of TEN MILLION DOLLARS ($10,000,000), said amount to be apportioned in accordance with the

intestate laws of the State of New York; further, it is

ORDERED that judgment be and it is entered on behalf of Ira William Weinstein's surviving spouse and surviving children, Plaintiffs Susan Weinstein, Joseph Weinstein, Jennifer Weinstein Hazi, and David Weinstein against Defendants, the Islamic Republic of Iran, the Iranian Ministry of Information and Security, Ayatollah Ali Hoseini Khamenei, Ali Akbar Hashemi-Rafsanjani, and Ali Fallahian-Khuzestani, jointly and severally, for solatium, in the total amount of TWENTY-THREE MILLION DOLLARS ($23,000,000), allocated as follows: to Decedent's wife, Susan Weinstein, EIGHT MILLION DOLLARS ($8,000,000); to Decedent's son, Joseph Weinstein, FIVE MILLION DOLLARS ($5,000,000); to Decedent's daughter Jennifer Weinstein Hazi, FIVE MILLION DOLLARS ($5,000,000); to Decedent's son David Weinstein, FIVE MILLION DOLLARS ($5,000,000); further, it is

ORDERED that judgment be and it is entered on behalf of Plaintiffs, Susan Weinstein and Jeffrey A. Miller, as co-administrators of the Estate of Ira William Weinstein against Defendant, the Iranian Ministry of Information and Security, for punitive damages in the amount of ONE HUNDRED FIFTY MILLION DOLLARS ($150,000,000); further, it is

ORDERED that the Clerk of the Court shall cause a copy of this Order and Judgment and the accompanying Memorandum Opinion to be translated into Farsi and transmitted to the United States Department of State for diplomatic service upon the Defendants in accordance with the provisions of 28 U.S.C. § 1608(a)(4), with the costs of translation to be paid by the Plaintiffs.

SO ORDERED.

Date: 2-6-02

Royce C. Lamberth
United States District Judge